

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2017

No. 04-17-00625-CV

Deborah H. **LUND**,
Appellant

v.

**TEXAS HEALTH AND HUMAN SERVICES COMMISSION**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-00468
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file notice of appeal is hereby GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court